UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

FREDRICK OEHLER,

        Plaintiff,

        v.                          23-CV-956 (JLS) (JJM)

THERESA NIETZEL, *in her*
*individual capacity as a detective*
*for the Erie County Sheriff's* Office;
and UNITED STATES,

        Defendants.

_____

## DECISION AND ORDER

Plaintiff Fredrick Oehler commenced this action on September 12, 2023, alleging civil rights violations. *See* Dkt. 1. The case has been referred to United States Magistrate Judge Jeremiah J. McCarthy for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 5.

Previously, this Court entered a decision and order in this case, dismissing many of Oehler's claims. Dkt. 39. Following this, Oehler moved for leave to amend his complaint. Dkt. 56. Defendant Theresa Nietzel, Matthew Albanese, and Defendant United States opposed this motion, Dkts. 58 and 59, and Plaintiff replied, Dkt. 62. On March 23, 2026, Judge McCarthy issued a Report and Recommendation ("R&R"), recommending that this Court deny Plaintiff's [56] motion. Dkt. 73.

Plaintiff objected to the R&R. Dkt. 74. Defendants Nietzel and Albanese opposed those objections, Dkt. 76, and Plaintiff replied. Dkt. 77.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R, the objections briefing, and the relevant record. Based on its *de novo* review, the Court accepts Judge McCarthy's recommendation. Plaintiff's motion for leave to amend, Dkt. 56, is denied. The case is referred back to Judge McCarthy consistent with the September 12, 2023 order. *See* Dkt. 5.

SO ORDERED.

Dated:    June 8, 2026
          Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2